UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>WILLIE LEE MCKAY, JR. | Case No. 4:10-cr-00953-001-TLW<br><br>**Order** |

This matter is before the Court on Willie McKay's motion for early termination of supervised release. The Court denies the motion.

McKay pled guilty to Conspiracy to Distribute 28 Grams or More of Cocaine Base in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A). On May 25, 2011, the Court sentenced him within the Guidelines to one hundred twenty (120) months of imprisonment and eight (8) years of supervised release. ECF No. 44. On June 22 20, 2018, McKay began his term of supervised release. His probation term is scheduled to expire on or about June 22, 2026.

A district court may terminate a Defendant's term of probation if, in the case of a felony, the Defendant has completed at least one year of probation and, after considering the § 3553(a) factors, the court "is satisfied that such action is warranted by the conduct of the Defendant released and the interest of justice." 18 U.S.C. § 3564(c).

McKay's Early Termination Request states that he has maintained compliance with the terms of his supervision, including obtaining employment, remaining drug free, and maintaining a stable residence, which the Court notes. *See* ECF No. 49. However, McKay was convicted of a serious offense — Conspiracy to Distribute 28

Grams or More of Cocaine Base. McKay's criminal history dates to 1987, when he was convicted of Criminal Sexual Conduct with a Minor. PSR ¶ 22. It also includes a 1993 conviction for Possession of Cocaine, a 1993 conviction for Possession of Crack with Intent to Distribute, a 2004 conviction for Criminal Domestic Violence, and a 2005 conviction for Conspiracy to Possess Cocaine Base. PSR ¶¶ 27, 28, 29, 30. These convictions yielded 8 criminal history points, placing McKay in criminal history category IV. PSR ¶ 32.

At present, McKay still has over three (3) years of supervised release remaining, as his term of supervised release does not expire until June 2026. For the reasons stated, and after considering the § 3553(a) factors, the Court concludes that early termination of his term of supervised release is not warranted.

For these reasons, McKay's motion for early termination of supervised release, ECF No. 48, is **DENIED**.

**IT IS SO ORDERED.**

s/Terry L. Wooten<br>
Terry L. Wooten<br>
Senior United States District Judge

May 2, 2023
Columbia, South Carolina